IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06 mj 241

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | (Financial Litigation Unit) |
| VIRGINIA LAMB CLAYTON | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the undersigned pursuant to a Motion for Non-Substantive Post-Sentence Change to a Restitution Order (#17). It appears to the Court that good cause has been shown for the granting of the motion and the motion will be allowed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion for Non-Substantive Post-Sentence Change to a Restitution Order (#17) is **ALLOWED**. It is **FURTHER ORDERED** that the Clerk of this Court change the restitution payee from "U.S. Department of Treasure-FMS" to "Department of Justice. Bureau of Alcohol, Tobacco, Firearms and Explosives."

Signed: March 30, 2016

Dennis L. Howell
United States Magistrate Judge